## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No. 23-CR-390-RMR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LARRY ERIC CONNER, et al.,

    Defendants

---

### DEFENDANT LARRY E. CONNER'S MOTION FOR LEAVE TO APPEAR REMOTELY AT THE MAY 29, 2025 DETENTION HEARING

---

The undersigned counsel for Defendant Larry E. Conner moves the Court for leave to appear remotely, via videoconference, at the Detention Hearing of Timothy A. McPhee on May 29, 2025 at 1:00 p.m. (*See* Min. Entry May 20, 2025). The undersigned counsel is based in Dallas, Texas. A remote appearance will thus enable counsel and his client to conserve resources in this matter.

WHEREFORE, the undersigned counsel respectfully requests that the Court grant this motion for leave to appear remotely at the May 29, 2025 detention hearing.

DATED this 22nd day of May, 2025.

Respectfully submitted,

*/s/ Michael A. Villa, Jr.*
Michael A. Villa, Jr.
State Bar No. 24051475
mvilla@meadowscollier.com

Eduardo R. Mendoza
State Bar No. 24096680
emendoza@meadowscollier.com

Cari B. LaSala
State Bar No. 24087890
clasala@meadowscollier.com

MEADOWS, COLLIER, REED, COUSINS, CROUCH &
UNGERMAN, LLP
901 Main Street, Suite 3700
Dallas, Texas 75202
Telephone: 214-744-3700
Facsimile: 214-747-3732

## CERTIFICATE OF SERVICE

The undersigned certifies that this document was filed on May 22, 2025, via the Court's CM-ECF system, for service on all counsel of record.

*/s/ Michael A. Villa, Jr.*
Michael A. Villa, Jr.