IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 23-cr-00390-RMR | Date: March 24, 2026 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Megan Strawn |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Lauren Pope |
| | John Burns |
| | |
| Plaintiff, | |
| | |
| v. | |
| | |
| 3. MARCIA G. PREDMORE | Laura Menninger |
| 4. RODERICK A. PRESCOTT | Elena Carter |
| | Kristin Whitaker |
| | Laura Suelau |
| | |
| 5. SUZANNE B. THOMPSON | Evan Davis (by VTC) |
| 6. WELDON WULSTEIN | Moriah Radin |
| | |
| Defendants. | |

---

## COURTROOM MINUTES

---

**MOTIONS HEARING**

**9:10 a.m.      Court in session.**

Court calls case. Appearances of counsel. Defendant Marcia Predmore present on bond. Defendants Roderick Prescott, and Weldon Wulstein appear on bond by VTC. Also present at Government's counsel table is IRS Special Agent, Jake Rice.

Preliminary remarks by the Court.

Discussion and argument as to Government's Memorandum in Support of James Proffer [ECF No. 306].

**ORDERED:**  Defendants' request for an evidentiary James Hearing is DENIED.

As outlined on the record, it is

**ORDERED:**  The Government has offered sufficient evidence to sustain their burden under rule 801(d)(2)(E) of demonstrating by a preponderance of the evidence that the conspiracy existed and all statements are provisionally admissible. Accordingly, Defendants' Objections [ECF Nos. 355, 356, 357, and 358] are OVERRULED.

**10:34 a.m.    Court in recess.**
**10:57 a.m.    Court in session.**

Discussion and argument as to Government's Motion in Limine [ECF No. 490].

The Court defers ruling on Government's Motion in Limine [ECF No. 490] pending receipt of further information and discussions between counsel.

**ORDERED:**  The Protective Order is continued until this issue is resolved.

Discussion and argument as to Government's Motion in Limine to Preclude Testimony by Defendant Predmore's Proffered Expert Witness Arber Tasimi Ph.D. [ECF No. 377].

11:44 a.m.    Defendant Suzanne Thompson appears on bond by VTC.

The Court will schedule a Daubert Hearing on Government's Motion in Limine to Preclude Testimony by Defendant Predmore's Proffered Expert Witness Amber Tasimi.

Discussion and argument as to Government's Motion in Limine to Preclude Testimony by Defendant Wulstein's Proffered Expert Witness [ECF No. 376].

As outlined on the record, it is

**ORDERED:**  Government's Motion in Limine to Preclude Testimony by Defendant Wulstein's Proffered Expert Witness [ECF No. 376] is DENIED IN PART and GRANTED IN PART.

Defendant Wulstein shall supplement the notice with additional detail as to Mr. Norlander's anticipated testimony on or before **March 27, 2026 at 5:00 p.m.** The Government shall file its objection to the supplement on or before **April 3, 2026 at 5:00 p.m.**

Discussion and argument as to Government's Motion in Limine to Preclude Testimony by Defendant Predmore's Proffered Expert Witness Rebecca Sheppard, CPA [ECF No. 380].

**12:16 p.m.    Court in recess.**
**1:06 p.m.    Court in session.**

Discussion and argument as to Defendants' Objections to Expert Witness Disclosures for Bruce D. Dubinsky and Lizeth Maldonado [ECF Nos. 375, 386, 388, 392, and 402].

As outlined on the record,  it is

**ORDERED:**    Defendants' Objections to Expert Witness Disclosures for Bruce G. Dubinsky and Lizeth Maldonado are DENIED IN PART and TAKEN UNDER ADVISEMENT IN PART.

The Government shall supplement its Expert Witness Disclosures Report as to Lizeth Maldonado and Bruce G. Dubinsky on or before **March 27, 2026 at 5:00 p.m.** Defendants shall file objections on or before **April 3, 2026 by 5:00 p.m.**

**ORDERED:**    Government's Motion in Limine to Preclude Testimony by Defendant Predmore's Proffered Expert Witness Rebecca Sheppard, CPA [ECF No. 380] is TAKEN UNDER ADVISEMENT.

**2:10 p.m.    Court in recess.**
**2:32 p.m.    Court in session**

Continued discussion and argument as to pending motions.

As outlined on the record, it is

Discussion and argument as to Defendant Predmore's Motion in Limine (#4) to Exclude Evidence Pursuant to FRE 404(b) [ECF No. 387].

**ORDERED:**    Defendant Predmore's Motion in Limine (#4): to Exclude Evidence Pursuant to FRE 404(b) [ECF No. 387] is DENIED. The Government may introduce evidence for the limited purposes as outlined on the record. Defendant Predmore is permitted to tender a limiting instruction to the Court as to income of Mr. McPhee.

Discussion and argument as to Defendant Roderick Prescott's Amended Motion In Limine to Exclude Evidence Pursuant to FRE 404(b) [ECF No. 410].

As outlined on the record,  it is

**ORDERED:**    Defendant Roderick Prescott's Amended Motion In Limine to Exclude Evidence Pursuant to FRE 404(b) [ECF No. 410] is GRANTED IN PART as to Defendant's Motions Hearing Exhibits B, D, and K., and DENIED IN

3

PART as to Defendant's Motions Hearing Exhibits C and L (with redactions as outlined on the record), and DEFERRED IN PART as to the remaining exhibits. The Court will address the remaining issues at the hearing on April 13, 2026.

Discussion regarding timing and remaining motions to be heard.

**ORDERED:** A Daubert Hearing and continued Motions Hearing will be held on **April 13, 2026 at 9:00 a.m.** before Judge Regina M. Rodriguez in Courtroom A901.

**ORDERED**: Counsel for Defendant Wulstein, Weldon Wulstein, Roderick Prescott, Counsel for Defendant Thompson, and Suzanne Thompson may appear by VTC.


**5:17 p.m.    Court in recess.**

Hearing concluded.
Total time in court:    6:32